UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 5:02-111-JMH |
| v. | ) |
| GREGORY DAVIS, | ) **MEMORANDUM OPINION & ORDER** |
| Defendant. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

Defendant Gregory Davis has filed a petition for a writ of error coram nobis under the All Writs Act, 28 U.S.C. § 1651 [DE 261]. The writ of coram nobis is, however, unavailable to Defendant Davis because he remains in custody due to the challenged conviction at this time.

As explained in *United States v. Nagalingam*, 114 Fed. App'x 653, 654 (6th Cir. 2004):

> Although there is some question as to the continued viability of the writ of error coram nobis, *see United States v. Beggerly*, 524 U.S. 38, 45, 118 S.Ct. 1862, 141 L.Ed.2d 32 (1998), it appears that it has been abolished only in civil actions. It survives in criminal actions where . . . relief under 28 U.S.C. § 2255 is not available because the petitioner is not in custody pursuant to the challenged conviction. *See Carlisle v. United States*, 517 U.S. 416, 429, 116 S.Ct. 1460, 134 L.Ed.2d 613 (1996); [*United States v.*] *Johnson*, 237 F.3d [751,] 754 [(6th Cir. 2001)].

Accordingly, **IT IS ORDERED** that Defendant's petition for a writ of error coram nobis [DE 261] is **DENIED.**

This the 3rd day of November, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge